THE HONORABLE ROBERT S. LASNIK

THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON

NEIMAN NIX, an individual,

   Plaintiff,

v.

KYLE BODDY, an individual, and
DRIVELINE BASEBALL
ENTERPRISES, LLC, a Washington State
limited liability company,

   Defendants.

No. 2:18-cv-00992-RSL

STIPULATED MOTION AND ORDER TO EXTEND ANSWER OR RESPONSE DEADLINE TO AMENDED COMPLAINT

Defendants Kyle Boddy Driveline Baseball Inc. by and through its attorneys of record, hereby file this stipulated motion seeking an extension of the deadline for Driveline to answer or otherwise response to Plaintiff's Amended Complaint (ECF No. 41).

On October 18, 2018, Plaintiff respond to a pending Renewed Motion to Dismiss with the current Amended Complaint. The new complaint pleads several new claims that require additional investigation by Defendants. As such, Defendants seek an additional two

STIPULATED MOTION AND ORDER
(2:17-CV-00992) – 1

weeks to respond to the Amended Complaint, i.e. extend the answer deadline from October 22, 2018 to November 5, 2018. Plaintiff agrees and stipulates to this extension.

Accordingly, the Parties hereby respectfully asks the Court to extend the deadline to answer or otherwise respond to the Amended Complaint to November 5, 2018.

DATED this 16th day of October 2018.　　　　PETERSON BAKER PS

By: /s/ Tyler C. Peterson
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorneys for Defendants

HELSELL FETTERMAN LLP


By: /s/ Lance Reich (with permission)
Lance D. Reich, WSBA No. 41009
HELSELL FETTERMAN LLP
1001 Fourth Ave. Suite 4200
Seattle, WA 98154-1154
Ph: 206.292.1144
Email: lreich@helsell.com

Attorneys for Defendants

STIPULATED MOTION AND ORDER
(2:17-CV-00992) – 2

## ORDER

Based on the foregoing, IT IS SO ORDERED that Defendants have until November 5, 2019, to answer or otherwise respond to Plaintiff's Amended Complaint.

DATED this 17th day of October 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

*Presented by:*

PETERSON BAKER PS

By: /s/ Tyler C. Peterson
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorneys for Plaintiffs

STIPULATED MOTION AND ORDER
(2:17-CV-00992) – 3

**Peterson Baker PS**
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Tel. 206-257-3367
Fax 206-257-3371