1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47

THE HONORABLE ROBERT S. LASNIK

THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON

NEIMAN NIX, an individual,

 Plaintiff,

 v.

KYLE BODDY, an individual, and
DRIVELINE BASEBALL
ENTERPRISES, LLC, a Washington State
limited liability company,

 Defendants.

No. 2:18-cv-00992-RSL

STIPULATED MOTION AND
[PROPOSED] ORDER TO EXTEND
ANSWER OR RESPONSE DEADLINE TO
AMENDED COMPLAINT

NOTE ON MOTION CALENDAR:
November 1, 2018

Defendants Kyle Boddy Driveline Baseball Inc. ("Defendants") by and through their

attorneys of record, hereby file this stipulated motion seeking an extension of the deadline

for Driveline to answer or otherwise response to Plaintiff's Amended Complaint (ECF No.

41).

On October 18, 2018, Plaintiff respond to a pending Renewed Motion to Dismiss

with the current Amended Complaint. The new complaint identified several new claims that

required additional investigation by Defendants and an evaluation of potential insurance

STIPULATED MOTION AND [PROPOSED]
ORDER (2:17-CV-00992) – 1

Peterson Baker PS
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Tel. 206-257-3367
Fax 206-257-3371

coverage for the new claims. This process is incomplete, and Defendants therefore seek an additional two weeks to respond to the Amended Complaint, i.e. extend the answer deadline from November 5, 2018 to November 19, 2018. Plaintiff agrees and stipulates to this extension.

Accordingly, the Parties hereby respectfully asks the Court to extend the deadline to answer or otherwise respond to the Amended Complaint to November 19, 2018.

DATED this 1st day of November 2018.

PETERSON BAKER PS

By: /s/ Tyler C. Peterson
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorneys for Defendants

HELSELL FETTERMAN LLP

By: /s/ Lance Reich (with permission)
Lance D. Reich, WSBA No. 41009
HELSELL FETTERMAN LLP
1001 Fourth Ave. Suite 4200
Seattle, WA 98154-1154
Ph: 206.292-1144
Email: lreich@helsell.com

Attorneys for Defendants

STIPULATED MOTION AND [PROPOSED]
ORDER (2:17-CV-00992) – 2

## [PROPOSED ORDER]

Based on the foregoing, IT IS SO ORDERED that Defendants have until November 19, 2019, to answer or otherwise respond to Plaintiff's Amended Complaint.

DATED this **6ᵗʰ** day of November 2018.

_____
Judge Robert S. Lasnik
United States District Court Judge

*Presented by:*

PETERSON BAKER PS

By: /s/ Tyler C. Peterson
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorneys for Plaintiffs

STIPULATED MOTION AND [PROPOSED]
ORDER (2:17-CV-00992) – 3

Peterson Baker PS
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Tel. 206-257-3367
Fax 206-257-3371