THE HONORABLE ROBERT S. LASNIK

THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEIMAN NIX, an individual, <br><br> Plaintiff, <br><br> v. <br><br> KYLE BODDY, an individual, and DRIVELINE BASEBALL ENTERPRISES, LLC, a Washington State limited liability company, <br><br> Defendants. | No. 2:18-cv-00992-RSL <br><br> STIPULATED MOTION AND ORDER TO EXTEND ANSWER OR RESPONSE DEADLINE TO AMENDED COMPLAINT <br><br> NOTE ON MOTION CALENDAR: November 19, 2018 |

Defendants Kyle Boddy Driveline Baseball Inc. ("Defendants") by and through their attorneys of record, hereby file this stipulated motion seeking an extension of the deadline for Driveline to answer or otherwise response to Plaintiff's Amended Complaint (ECF No. 41).

On October 18, 2018, Plaintiff respond to a pending Renewed Motion to Dismiss with the current Amended Complaint. The new complaint identified several new claims that required additional investigation by Defendants and an evaluation of potential insurance

STIPULATED MOTION AND ORDER (2:17-CV-00992) – 1

**Peterson Baker PS**
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Tel. 206-257-3367
Fax 206-257-3371

coverage for the new claims. New counsel has appeared and needs additional time to investigate Plaintiff's claims in cooperation with existing defense counsel. Defendants therefore seek an additional two weeks to respond to the Amended Complaint, i.e. extend the answer deadline from November 19, 2018 to December 3, 2018. Plaintiff agrees and stipulates to this extension. Although the answer deadline has been extended previously, this extension is necessary because of the appearance of new counsel on behalf of Defendants. Defendants expect this will be the final request for an extension of the Answer deadline.

      Accordingly, the Parties hereby respectfully asks the Court to extend the deadline to answer or otherwise respond to the Amended Complaint to December 3, 2018.

STIPULATED MOTION AND ORDER (2:17-CV-00992) – 2

**Peterson Baker PS**
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Tel. 206-257-3367
Fax 206-257-3371

DATED this 19tht day of October 2018.

PETERSON BAKER PS

By: /s/ Tyler C. Peterson
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

KELLER ROHRBACK LLP

By: /s/ David Russell (with permission)
David J. Russell, WSBA #17289
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900/Fax: (206) 623-3384
Email: drussell@kellerrohrback.com

Attorneys for Defendants

HELSELL FETTERMAN LLP

By: /s/ Lance Reich (with permission)
Lance D. Reich, WSBA No. 41009
HELSELL FETTERMAN LLP
1001 Fourth Ave. Suite 4200
Seattle, WA 98154-1154
Ph: 206.292.1144
Email: lreich@helsell.com

Attorneys for Defendants

STIPULATED MOTION AND ORDER (2:17-CV-00992) – 3

**Peterson Baker PS**
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Tel. 206-257-3367
Fax 206-257-3371

# [ORDER]

Based on the foregoing, IT IS SO ORDERED that Defendants have until December 3, 2018 to answer or otherwise respond to Plaintiff's Amended Complaint.

DATED this 20th day of November 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

*Presented by:*

PETERSON BAKER PS

By: /s/ Tyler C. Peterson
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorneys for Plaintiffs

STIPULATED MOTION AND ORDER (2:17-CV-00992) – 4

**Peterson Baker PS**
1220 Westlake Ave N. Suite D
Seattle, WA 98109
Tel. 206-257-3367
Fax 206-257-3371