The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NEIMAN NIX,

                Plaintiff,

v.

KYLE BODDY, and DRIVELINE BASEBALL ENTERPRISES, LLC, a Washington state limited liability company,

                Defendants.

No. 2:18-cv-00992-RSL

STIPULATED MOTION FOR RELIEF FROM DEADLINE

NOTED FOR HEARING:
MARCH 28, 2019

**STIPULATION**

Pursuant to LCR 7(j) and 10(g), the parties hereby stipulate and jointly request that this Court extend the expert disclosure deadline in this case from April 10, 2019 to May 10, 2019. Counsel for the parties have conferred and have agreed that a one-month extension of the expert disclosure deadline is necessary in order to allow the parties additional time to complete the initial round of discovery. The parties agree that all other case deadlines will remain in place.

STIPULATED MOTION FOR RELIEF
FROM DEADLINE
(2:18-cv-00992-RSL) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. | |
| 2 | | |
| 3 | | KELLER ROHRBACK L.L.P. |
| 4 | | |
| 5 | DATED: March 28, 2019 | By /s/ *David J. Russell* |
| 6 | | David J. Russell, WSBA #17289 |
| 7 | | 1201 Third Avenue, Suite 3200 |
| | | Seattle, WA 98101 |
| 8 | | drussell@kellerrohrback.com |
| | | Attorneys for Defendants |
| 9 | | PETERSON BAKER PS |

DATED: March 28, 2019         By */s/ Tyler C. Peterson*
                              Tyler C. Peterson, WSBA #39816
                              1220 Westlake Avenue North, Suite D
                              Seattle, WA 98109
                              tyler@petersonbakerlaw.com
                              Attorneys for Defendants

HELSELL FETTERMAN LLP

DATED: March 28, 2019         By */s/ Lance D. Reich (by email authorization)*
                              Lance D. Reich, WSBA #41009
                              1001 Fourth Avenue, Suite 4200
                              Seattle, WA 98154
                              lreich@helsell.com
                              Attorneys for Plaintiff

STIPULATED MOTION FOR RELIEF
FROM DEADLINE
(2:18-cv-00992-RSL) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 DATED this 29th day March, 2019.

*[signature: M S Lasnik]*
THE HONORABLE ROBERT S. LASNIK

STIPULATED MOTION FOR RELIEF
FROM DEADLINE
(2:18-cv-00992-RSL) - 3

**Keller Rohrback l.l.p.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384