The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NEIMAN NIX,<br><br>                           Plaintiff,<br><br>   v.<br><br>KYLE BODDY, and DRIVELINE BASEBALL ENTERPRISES, LLC, a Washington state limited liability company,<br><br>                         Defendants. | No. 2:18-cv-00992-RSL<br><br>STIPULATED MOTION AND ORDER FOR RELIEF FROM DEADLINE |

## STIPULATION

Pursuant to LCR 7(j) and 10(g), the parties hereby stipulate and jointly request that this Court extend the expert disclosure deadline in this case from May 10, 2019 to May 31, 2019. Counsel for the parties have conferred and have agreed that an additional three-week extension of the expert disclosure deadline is necessary in order to allow the parties additional time to complete the initial round of discovery. The parties agree that all other case deadlines will remain in place.

STIPULATED MOTION AND ORDER
FOR RELIEF FROM DEADLINE - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

KELLER ROHRBACK L.L.P.

DATED: May 10, 2019		By */s/ David J. Russell*
			David J. Russell, WSBA #17289
			1201 Third Avenue, Suite 3200
			Seattle, WA 98101
			drussell@kellerrohrback.com
			Attorneys for Defendants

PETERSON BAKER PS

DATED: May 10, 2019		By */s/ Tyler C. Peterson (per email authorization)*
			Tyler C. Peterson, WSBA #39816
			1220 Westlake Avenue North, Suite D
			Seattle, WA 98109
			tyler@petersonbakerlaw.com
			Attorneys for Defendants

HELSELL FETTERMAN LLP

DATED: May 10, 2019		By */s/ Lance D. Reich (per email authorization)*
			Lance D. Reich, WSBA #41009
			1001 Fourth Avenue, Suite 4200
			Seattle, WA 98154
			lreich@helsell.com
			Attorneys for Plaintiff

STIPULATED MOTION AND ORDER
FOR RELIEF FROM DEADLINE - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 13th day of May, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER
FOR RELIEF FROM DEADLINE - 3