UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NEIMAN NIX,<br><br>                          Plaintiff,<br><br>   v.<br><br>KYLE BODDY, and DRIVELINE BASEBALL ENTERPRISES, LLC, a Washington state limited liability company,<br><br>                          Defendants. | No. 2:18-cv-00992-RSL<br><br>STIPULATED MOTION AND ORDER FOR RELIEF FROM DEADLINE |

## STIPULATION

Pursuant to LCR 7(j) and 10(g), the parties hereby stipulate and jointly request that this Court extend the deadline to file dispositive motions in this case from July 9, 2019 to July 22, 2019. Counsel for the parties have conferred and have agreed that an extension of time to file and serve dispositive motions is necessary, because Tyler Peterson, one of the attorneys of record for defendants, is getting married and will be going on vacation (his honeymoon) in early July. The parties agree that all other case deadlines will remain in place.

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

KELLER ROHRBACK L.L.P.

DATED: June 25, 2019          By _/s/ David J. Russell_
                                   David J. Russell, WSBA #17289
                                   1201 Third Avenue, Suite 3200
                                   Seattle, WA 98101
                                   drussell@kellerrohrback.com
                                   Attorneys for Defendants

PETERSON BAKER PS

DATED: June 25, 2019          By _/s/ Tyler C. Peterson_
                                   Tyler C. Peterson, WSBA #39816
                                   110 Prefontaine Place South, Suite 304
                                   Seattle, WA 98104
                                   tyler@petersonbakerlaw.com
                                   Attorneys for Defendants

HELSELL FETTERMAN LLP

DATED: June 25, 2019          By _/s/ Lance D. Reich (per email authorization)_
                                   Lance D. Reich, WSBA #41090
                                   1001 Fourth Avenue, Suite 4200
                                   Seattle, WA 98154
                                   lreich@helsell.com
                                   Attorneys for Plaintiff

STIPULATED MOTION AND ORDER
FOR RELIEF FROM DEADLINE - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 26th day of June, 2019.

Robert S. Lasnik
United States District Judge

KELLER ROHRBACK L.L.P.

1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384