UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NEIMAN NIX,

    Plaintiff,

v.

KYLE BODDY, *et al.*,

    Defendants.

NO. C18–992RSL

ORDER GRANTING DEFENDANTS LEAVE TO SUBSTITUTE EXPERTS

This matter comes before the Court on defendants' "Motion for Leave to Disclose Additional Expert Report." Dkt. # 73. Defendants' original expert notified defendants in September that he was not prepared to testify at trial in this matter. Defendants immediately located a replacement expert, Michael W.L. Sonne, Ph.D., provided Dr. Sonne's report to plaintiff, and filed this motion for leave to substitute experts. Having reviewed the memoranda, declaration, and exhibits submitted by the parties, the Court finds good cause under Fed. R. Civ. P. 16(b)(4) to modify the case management schedule and allow the substitution of experts. Any potential prejudice the substitution might cause plaintiff can be ameliorated by providing additional time in which to depose Dr. Sonne and to obtain a rebuttal expert if plaintiff so chooses.

ORDER GRANTING DEFENDANTS
LEAVE TO SUBSTITUTE EXPERTS - 1

Defendants' motion for leave to disclose Dr. Sonne's report after the expert disclosure deadline had passed is GRANTED. An amended case management schedule will be issued to allow plaintiff to evaluate and, if necessary, rebut Dr. Sonne's newly-disclosed opinions.

DATED this 18th day of November, 2019.

Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS
LEAVE TO SUBSTITUTE EXPERTS - 2