The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NEIMAN NIX,

    Plaintiff,

v.

KYLE BODDY, and DRIVELINE BASEBALL ENTERPRISES, LLC, a Washington state limited liability company,

    Defendants.

No. 2:18-cv-00992-RSL

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

## I. STIPULTION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced case should be dismissed with prejudice and without an award of fees or costs to any party.

DATED this 13th day of December, 2019.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:18-cv-00992-RSL) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| KELLER ROHRBACK L.L.P.<br><br>By *s/David J. Russell*<br>David J. Russell, WSBA#17289<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Telephone: 206-623-1900<br>Fax: 206-623-3384<br>E-mail: drussell@kellerrohrback.com | KOLESAR & LEATHAM<br><br>By _____<br>Lance D. Reich, WSBA #41090<br>400 S. Rampart Blvd., Suite 400<br>Las Vegas, NV 89145<br>Office: 702-889-7788<br>E-mail: lreich@klnevada.com |

## II.   ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of fees or costs to any party. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 17* day of December, 2019

_____
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:18-cv-00992-RSL) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384